UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JOSEPH ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>Defendants. | Case No.  22-cv-06038-JSC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. Nos. 14, 15 |

On March 28, 2023, the Court adopted Judge Kandis Westmore's report and recommendation to dismiss Plaintiff's complaint for failure to state a claim and failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  (Dkt. No. 14.)  The Court allowed Plaintiff to amend his complaint to cure the deficiencies Judge Westmore identified in her report and recommendation; namely, the complaint's failure state a plausible claim for relief   Plaintiff has since filed an Amended Complaint, but it fails to cure the deficiencies the Court found warranted dismissal. (Dkt. No. 15.)

Accordingly, the Court dismisses the action with prejudice for failure to state a claim.  The Court will enter judgment by separate order.

**IT IS SO ORDERED.**

Dated: April 17, 2023

JACQUELINE SCOTT CORLEY
United States District Judge